Christopher W. James (SBN 289047)
Meghan Natenson (SBN 312634)
Lillian Sun (SBN 334071)
VINSON & ELKINS LLP
555 Mission Street, Suite 2000
San Francisco, California  94105
Telephone:  415.979.6900
Facsimile:  415.651.8786
cjames@velaw.com
mnatenson@velaw.com
lsun@velaw.com

*Attorneys for Defendant*
INSURANCEZEBRA, INC., d/b/a THE ZEBRA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY PENNING, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>  v.<br><br>INSURANCEZEBRA, INC., d/b/a THE ZEBRA,<br><br>       Defendants. | Case No.: 3:25-cv-03531-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER TO SET SCHEDULE FOR SECOND AMENDED COMPLAINT AND MOTION TO DISMISS**<br><br>Judge:  Hon. William H. Orrick<br>Trial Date:  None Set |

Plaintiff Stacy Penning and Defendant InsuranceZebra, Inc. d/b/a The Zebra, by and through their respective counsel, submit this Stipulation setting a schedule in this action, as follows:

On November 17, 2025, the Court dismissed the First Amended Complaint, with leave to file a second amended complaint by December 8, 2025. *See* Dkt. No. 40. Under this current deadline, any motion to dismiss the second amended complaint would be due on December 22, 2025 and any opposition on January 5, 2026.

Pursuant to Civil Local Rules 6-1 and 6-2, and in light of the upcoming holiday season, the parties stipulate to and propose an amended schedule. No prior extensions have been sought with respect to the filing of or response to a second amended complaint. Further, the parties have discussed scheduling and agree that an extended briefing schedule on a motion to dismiss the expected second amended complaint would enable the parties to better assist the Court with presenting what they expect will be numerous, complex arguments in support of their respective positions. Therefore, subject to the Court's approval, the parties hereby stipulate to, and request that the Court enter an order setting, a schedule and hearing date, as follows:

1. Plaintiff shall file any second amended complaint on or before December 19, 2025;

2. Defendant shall file any motion to dismiss or other response to the second amended complaint on or before January 16, 2026;

3. Plaintiff shall file any opposition to the motion to dismiss on or before February 6, 2026;

4. Defendant shall file any reply in support of the motion to dismiss on or before February 27, 2026; and

5. Defendant shall notice its motion to dismiss for hearing on the Court's regular civil law and motion calendar for 2:00 p.m. on Wednesday, March 25, 2026, or as soon thereafter as the Court is available.

**IT IS SO STIPULATED.**

1

Dated: December 1, 2025                    VINSON & ELKINS LLP

                                           By:  */s/ Christopher W. James*
                                                Christopher W. James

                                           *Attorney for Defendant*
                                           *InsuranceZebra, Inc., d/b/a The Zebra*

Dated: December 1, 2025                    BURSOR & FISHER LLP

                                           By:  */s/ Philip L. Fraietta*
                                                Philip L. Fraietta

                                           Philip L. Fraietta (SBN 354768)
                                           1330 Avenue of the Americas, 32nd Floor
                                           New York, NY 10019
                                           Telephone: (646) 837-7150
                                           Facsimile: (212) 989-9163
                                           pfraietta@bursor.com

                                           *Attorneys for Plaintiff*
                                           *Stacy Penning*


### ATTESTATION OF E-FILER

In compliance with Local Rule 5-1(i), the undersigned ECF user filing this document hereby attests that all signatories of this document have concurred in the filing of this document.

Dated: December 1, 2025                    By:  */s/ Christopher W. James*
                                                Christopher W. James

2

## [PROPOSED] ORDER

Having reviewed the parties' Stipulation and for good cause shown, the Court orders that:

1.      Plaintiff shall file any second amended complaint on or before December 19, 2025;

2.      Defendant shall file any motion to dismiss or other response to the second amended complaint on or before January 16, 2026;

3.      Plaintiff shall file any opposition to the motion to dismiss on or before February 6, 2026;

4.      Defendant shall file any reply in support of the motion to dismiss on or before February 27, 2026; and

5.      Defendant shall notice its motion to dismiss for hearing on the Court's regular civil law and motion calendar for 2:00 p.m. on Wednesday, March 25, 2026, or as soon thereafter as the Court is available.


**SO ORDERED.**


Dated: _____          _____

Honorable William H. Orrick
United States District Judge

3