Christopher W. James (SBN 289047)
Meghan Natenson (SBN 312634)
Lillian Sun (SBN 334071)
VINSON & ELKINS LLP
555 Mission Street, Suite 2000
San Francisco, California  94105
Telephone:  415.979.6900
Facsimile:  415.651.8786
cjames@velaw.com
mnatenson@velaw.com
lsun@velaw.com

*Attorneys for Defendant*
INSURANCEZEBRA, INC., d/b/a THE ZEBRA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY PENNING, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>INSURANCEZEBRA, INC., d/b/a THE ZEBRA,<br>                    Defendants. | Case No.: 3:25-cv-03531-WHO<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Judge:  Hon. William H. Orrick<br>Trial Date:  None Set |

1  Plaintiff Stacy Penning and Defendant InsuranceZebra, Inc. d/b/a The Zebra, by and through

2 their respective counsel, submit this Stipulation and Proposed Order to continue the Case

3 Management Conference currently calendared for January 20, 2026, until after the Court's ruling on

4 The Zebra's motion to dismiss the Second Amended Complaint, as follows:

5  On November 17, 2025, the Court dismissed the First Amended Complaint, with leave to file

6 a second amended complaint by December 8, 2025, and rescheduled the initial Case Management

7 Conference ("CMC") for January 20, 2026.  *See* Dkt. No. 40.

8  On December 1, 2025, the Court entered a Stipulation and Order setting revised deadlines for

9 the Second Amended Complaint and Defendant's related anticipated motion to dismiss. *See* Dkt. No.

10 44 ("Scheduling Order").  In accordance with the Scheduling Order, Plaintiff filed a Second Amended

11 Complaint on December 19, 2025.  *See* Dkt. No. 46.

12  Pursuant to the Scheduling Order, Defendant's anticipated motion to dismiss the Second

13 Amended Complaint is due on January 16, 2026 and will be fully briefed by February 27, 2026, with

14 a hearing noticed for March 25, 2026.  The Scheduling Order also granted Defendant's motion to stay

15 discovery "until the Court rules on the motion to dismiss the second amended complaint."  *See* Dkt.

16 No. 44.

17  In light of the current posture of the case and discovery stay, the parties believe that it would

18 be more productive to continue the CMC until after the Court rules on Defendant's upcoming motion

19 to dismiss the second amended complaint.

20  Pursuant to Civil Local Rules 6-1 and 6-2, the parties hereby stipulate to, and request that the

21 Court continue the Case Management Conference until after the Court's ruling on Defendant's

22 Motion to Dismiss the Second Amended Complaint.

23  **IT IS SO STIPULATED.**

24

25

26

27

28

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE;
CASE NO.: 3:25-cv-03531-WHO

1  Dated: January 7, 2026                VINSON & ELKINS LLP

2                                        By:  */s/ Christopher W. James*

3                                            Christopher W. James

4                                        *Attorney for Defendant*
                                         *InsuranceZebra, Inc., d/b/a The Zebra*

5

6  Dated: January 7, 2026                BURSOR & FISHER LLP

7                                        By:  */s/ Philip L. Fraietta*

8                                            Philip L. Fraietta

9                                        Philip L. Fraietta (SBN 354768)
                                         50 Main Street, Suite 475
10                                       White Plains, NY 10606
                                         Telephone: (914) 874-0708
11                                       pfraietta@bursor.com

12

13                                       *Attorneys for Plaintiff*
                                         *Stacy Penning*

14

15

16                          **ATTESTATION OF E-FILER**

17        In compliance with Local Rule 5-1(i), the undersigned ECF user filing this document hereby

18  attests that all signatories of this document have concurred in the filing of this document.

19  Dated: January 7, 2026            By:  */s/ Christopher W. James*

20                                        Christopher W. James

21

22

23

24

25

26

27

28

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE;
CASE NO.: 3:25-cv-03531-WHO

**[~~PROPOSED~~] ORDER**

Having reviewed the parties' Stipulation and for good cause shown, the Court orders as follows:

1.    The January 20, 2026 Case Management Conference and all related deadlines are vacated.  The new Case Management Conference date is May 19, 2026, at 2:00 p.m. The parties are to follow all other requirements and meet related deadlines based on this new date, as set forth in Rule 26 of the Federal Rules of Civil Procedure, the Civil Local Rules of the Northern District of California, the Standing Order for All Judges of the Northern District of California, and this Court's April 30, 2025 Case Management Conference Order.

**SO ORDERED.**

Dated:  January 8, 2026

Honorable William H. Orrick
United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE;
CASE NO.: 3:25-cv-03531-WHO